```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

                                           17 Cr. 547-002

   - against -
                                           AMENDED OPINION

JAMES R. CHRIST,

               Defendant.
------------------------------------X
```

**Sweet, D.J.**

      The Sentencing Opinion as to 17 Cr. 547-002 (RWS), dated May 29, 2018, Dkt. 56, shall reflect James R. Christ and is hereby amended.

      It is so ordered.

**New York, NY**
**June /, 2018**



ROBERT W. SWEET
U.S.D.J.